UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| KAREEM FAUNTLEROY, | JUDGMENT |
| Petitioner, | 00-CV-2209 (JG) |
| -against- | |
| CHRISTOPHER ARTUZ,<br>Superintendent of<br>Green Haven Correctional Facility, | |
| Respondent. | |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 20 2005 ★

BROOKLYN OFFICE

------------------------------------------------------------X
KAREEM FAUNTLEROY,

Petitioner,

-against-

J. PLESCIA,
Superintendent of
Shawangunk Correctional Facility,

04-CV-3883 (JG)

Respondent.
------------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on July 18, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
July 19, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court